1

PHILLIP A. TALBERT
United States Attorney

2

MATHEW W. PILE, WSBA No. 32245.

3

Associate General Counsel
Office of Program Litigation, Office 7

4

MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney

5

    160 Spear Street, Suite 800
    San Francisco, California 94105

6

    Telephone: (510) 970-4822

7

    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

8

9

10

UNITED STATES DISTRICT COURT

11

EASTERN DISTRICT OF CALIFORNIA

12

No.  2:21-cv-01563-KJM-DMC

13

14

LUIS ORTIZ,

STIPULATION FOR EXTENSION TO RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff,

15

v.

16

KILOLO KIJAKAZI,

17

Acting Commissioner of Social Security,

18

Defendant.

19

    IT IS HEREBY STIPULATED, by and between the parties, through their respective

20

counsel of record, that the time for responding to Plaintiff's Complaint be extended to October

21

17, 2022. This is Defendant's first request for an extension of time to respond to Plaintiff's

22

Complaint.  Defendant's counsel was recently assigned this case and needs a short extension in

23

order to review and file administrative record. Counsel apologizes for any delay.

24

    The parties further stipulate that the Court's Scheduling Order shall be modified

25

accordingly.

26

- Defendant shall file the certified administrative record on or before October 17, 2022;

27

28

- Within 45 days of the filing of the certified administrative record, Plaintiff shall file her opening brief;

- Within 45 days of the filing of the opening brief, defendant shall file her opposition brief;

- Plaintiff's optional reply will be due within 20 days of the filing of Defendant's brief.

Respectfully submitted,

DATE: September 26, 2022          /s/ Omar Ortega *
                                 OMAR ORTEGA
                                 Attorney for Plaintiff
                                 (* approved via email on  9/23/22)

                                 PHILLIP A. TALBERT
                                 United States Attorney

DATE: September 26, 2022   By    s/ Marcelo Illarmo
                                 MARCELO ILLARMO
                                 Special Assistant United States Attorney

                                 Attorneys for Defendant

                                 ORDER

APPROVED AND SO ORDERED:

Dated:  September 28, 2022

                                 _____
                                 DENNIS M. COTA
                                 UNITED STATES MAGISTRATE JUDGE

2