PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ORTIZ,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:21-cv-01563-KJM-DMC<br><br>STIPULATION FOR EXTENSION TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from March 6 to April 5, 2023. This is Defendant's first request for an extension of time to respond to Plaintiff's brief. Defendant respectfully requests this additional time because undersigned counsel's workload, including one Ninth Circuit brief and eight district court briefs due between February 27 and March 7, requires an extension.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before April 5, 2023;
- Plaintiff's optional reply will be due within 20 days of the filing of Defendant's brief (on or before April 25, 2023).

Respectfully submitted,

DATE: February 15, 2023

*s/ Omar Ortega,, Esq*\*  
(\*as authorized via e-mail on 2/15/23)  
OMAR ORTEGA, ESQ.  
Attorney for Plaintiff

PHILLIP A. TALBERT  
United States Attorney

DATE: February 15, 2023     By    *s/ Marcelo Illarmo*  
MARCELO ILLARMO  
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: February 16, 2023

_____  
DENNIS M. COTA  
UNITED STATES MAGISTRATE JUDGE

2