MICHELLE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
TIMOTHY A. RAZEL, NYSBN 4742573
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Tel.: (212) 264-0534
    Email: Timothy.Razel@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ORTIZ,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:21-cv-01563-KJM-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA) (ECF No. 30) be extended thirty (30) days from May 27, 2025, up to and including June 26, 2025. This is Defendant's first request for an extension.

    Defendant requests this extension because of heavier than usual workloads borne by the undersigned counsel for Defendant. This includes being reassigned multiple matters from other attorneys who have departed the Defendant agency. For some of these, the merits deadlines had already been extended. Additionally, the undersigned was assigned to handle an in-person

1  evidentiary hearing held on May 15, 2025, which required travel outside of his home city and
2  absence from the office for an entire day. Moreover, the undersigned has seven pending
3  deadlines for merits briefs in the next 30 days.
4       Accordingly, additional time is needed to formulate Defendant's response to Plaintiff's
5  Motion.
6       The parties further stipulate that the Court's Scheduling Order shall be modified
7  accordingly.

                              Respectfully submitted,

Dated: May 23, 2025               /s/ *Eddy Pierre Pierre*
                              (*as authorized via e-mail on May 23, 2025)
                              EDDY PIERRE PIERRE
                              Attorney for Plaintiff

Dated: May 23, 2025               Michelle Beckwith
                              Acting United States Attorney
                              MATHEW W. PILE
                              Associate General Counsel
                              Social Security Administration

                      By:     /s/ *Timothy A. Razel*
                              TIMOTHY A. RAZEL
                              Special Assistant U.S. Attorney

                              Attorneys for Defendant

# **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including June 26, 2025, to respond to Plaintiff's Motion for Attorney Fees Pursuant to the EAJA.

Dated:  May 28, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE